# DECISIONS IN CASES NOT REPORTED.

## FOURTH DEPARTMENT, JULY TERM, 1891.

Ellen I. Ballard, as Executrix, etc., of William P. Ballard, Deceased, Respondent, v. The Hitchcock Manufacturing Company, Appellant. — Judgment and order reversed on the exceptions and a new trial ordered, with costs to abide the event. Opinion by Merwin, J.

George Oster, Appellant, v. James Tolman, Impleaded, etc. Respondent. — Judgment affirmed, with costs, on the opinion of H. V. Howland. referee.

In the Matter of the Application of Mary Walker, Appellant, for the relief from an order that she make payments to the Superintendent of the Poor of Oneida County, Respondent.— Order affirmed. Mem. by Hardin, P. J.

In the Matter of the Judicial Settlement of the Accounts of Irvin A. Williams and another, Executors, etc., of Abijah J. Williams, Deceased. — Decree of the surrogate of Oneida county affirmed, with costs. Opinion by Martin, J.

Edwin R. Briggs, Respondent. v Elmina L. Hart, Appellant.— Judgment of the County Court of Madison county affirming a justice's judgment affirmed. with costs. Mem. by Hardin, P. J.

The People of the State of New York ex rel. Morris A. Young, Respondent, v. Charles Straight, Clerk of the Village of Wellsburg, Appellant.— Order affirmed, with costs.

Martin Barney, Respondent, v. Louis E. Fuller and Truman K. Fuller, Appellants. — Judgment and order affirmed, with costs. Per Curiam opinion filed with the clerk of Oneida county.

Charles E. Crouse. Survivor, etc., Respondent, v. First National Bank of Penn Yan, Appellant. — Judgment reversed and a new trial ordered before another referee, with costs to abide the event. Opinion by Merwin, J.

Ann Tucker, Respondent, v. The United Life and Accident Insurance Association, Appellant. — Judgment and order affirmed, with costs. Mem. by Hardin, P. J.

Joseph Pailca, Respondent, v. David J. Hamburger, Appellant. — Judgment and order of the County Court of Onondaga county affirmed, with costs. Mem by Hardin, P. J.

Hiram Gilmore, Appellant, v The City of Utica, The Mayor and Common Council of the City of Utica, William F. Hoerlein, as Treasurer of the city of Utica, and the Warren-Scharf Asphalt Paving Company, Respondents. — Judgment affirmed, with one bill of costs to the respondents. Opinion by Hardin, P. J.

Jehiel Hymes, Respondent, v. Mynderse Van Cleef, Administrator. etc., Appellant. —Motion denied, without costs; judgment and order affirmed, with costs. Opinion by Martin, J.

Edwin R. Holden and another, Respondents, v. John O'Donoghue, Impleaded, etc., Appellant. — Judgment affirmed, with costs. Opinion by Merwin, J.

John Storm and another. Respondents, v. Phenix Insurance Company of Brooklyn, New York, Appellant. — Judgment and order affirmed, with costs Opinion by Hardin, P. J.

The Knickerbocker Company, Respondent, v. Alfred G. Burnham, Appellant. — Judgment affirmed, with costs, on the opinion of Williams, J., delivered at Special Term.

Henry C. Kenyon and another, as Administrators, Appellants, v. William R. Olney, George W. G. Kinney and Bert Olney, Executors, etc. Respondents. — Judgment affirmed, with costs. Opinion by Merwin, J.

John A. Muldoon, Respondent, v. Jerusha Deline, Appellant. — Judgment and order affirmed, with costs. Mem. by Hardin, P. J.

Edwin E. Cole, Respondent, v. Orson D. Clark, Appellant. — Judgment of the County Court of Madison county, affirming a justice's judgment, affirmed with costs

Edwin E. Cole, Respondent. v. William Richards, Appellant. — Judgment of the County Court of Onondaga county, affirming a justice's judgment, affirmed with costs. Mem. by Hardin, P. J.

Fanny M. Hamilton, in behalf of Herself and all other Stockholders of the Defendant Corporation, Respondent, v. Courier Printing Company and Milton H. Northrup, Appellants. — Interlocutory judgment affirmed on the opinion of Kennedy, J., delivered at Special Term, with leave to defendants to answer upon payment of the costs of the demurrer, and one bill of costs on this appeal.

The Salt Springs National Bank of Syracuse. Respondent. v. George B. Sloan, Appellant. — Judgment and order reversed upon the exceptions and a new trial ordered, with costs to abide the event. Opinion by Hardin, P. J.

Frederick C. Friess, an Infant, by John Friess, his Guardian ad litem, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent. — Order modified by striking out the words "with costs to abide the event " and substituting in place thereof "upon the payment of costs," and the order as modified affirmed, with costs to the appellant. Mem. by Hardin, P. J.

Walter H. Cornell and another, Appellants, v. The Skaneateles Railroad Company, Respondent.— Order affirmed, with costs. Mem. by Hardin, P. J. ; Mem. by Martin, J.

Daniel Quinlan, Appellant, v. Providence Washington Insurance Company of Providence, R I. Respondent.— Judgment affirmed, with costs. Opinion by Martin, J.

The People of the State of New York ex rel. George H Lester, Respondent, v. Edward Mitchell, Mayor of the City of Oswego, and John Dowdle, Appellants.— Order affirmed, with ten dollars costs and disbursements. Opinion by Hardin, P. J.

Robert Reuben, Respondent, v. Joseph Andorsky, Appellant.— Order affirmed, with ten dollars costs and disbursements. Opinion by Hardin, P. J.

George S. Gilbert, Respondent, v. The Shortsville Cart Company, Appellant — Order affirmed, with ten dollars costs and disbursements. Opinion by Hardin, P. J. ; Mem. by Martin, J.

The People of the State of New York, Respondent, v. James McHale, Appellant.— Judgment of conviction in the Court of Sessions of Onondaga county affirmed, and proceedings remitted to that court. Opinion by Hardin, P. J.

The People of the State of New York, Respondent, v. Hiram Rouse, Appellant. — Judgment affirmed, with costs. Opinion by Merwin, J.

Adam H. Eysaman, as Guardian of Lulu Eysaman, Appellant, v. Mary Small. Respondent.— Judgment affirmed, with costs. Opinion by Hardin, P. J.